FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

14 JUN 18 PM 4: 32

CLERK-LAS CRUCES

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| Plaintiff, | ) CRIMINAL NO. 14CR2114 KG<br>) |
| vs. | ) Count 1: 18 U.S.C. §§ 922(g)(1) and<br>) 924(a)(2):  Felon in Possession of a |
| **RUBEN CANTU,** | ) Firearm and Ammunition;<br>) |
| Defendant. | ) Count 2: 18 U.S.C. §§ 922(g)(1) and<br>) 924(a)(2):  Felon in Possession of<br>) Ammunition. |

## INDICTMENT

The Grand Jury charges:

### Count 1

On or about March 5, 2014, in Lea County, in the District of New Mexico, the defendant, **RUBEN CANTU,** having been convicted of the following felony crime punishable by imprisonment for a term exceeding one year:

(1)  possession with intent to distribute approximately 2 kilograms of marijuana,

knowingly possessed, in and affecting commerce, a firearm and ammunition:

(1)  a Bushmaster, model Carbon 15, .223 caliber rifle, serial number CBC075915; and

(2)  approximately twenty-seven (27) rounds of Lake City, .223 caliber ammunition.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

### Count 2

On or about March 5, 2014, in Lea County, in the District of New Mexico, the defendant, **RUBEN CANTU,** having been convicted of the following felony crime punishable by

imprisonment for a term exceeding one year:

(1) possession with intent to distribute approximately 2 kilograms of marijuana, knowingly possessed, in and affecting commerce, ammunition, approximately eighty-eight (88) rounds of Lake City, .223 caliber ammunition.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

Assistant United States Attorney

6/18/2014 8:44 AM

2